```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14765
   KENDELL DORSEY
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-5618


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/15/07 .

   2.  The case was dismissed without confirmation, 10/19/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
VALUE CITY AUTO            SECURED VEHIC         .00            .00           .00
ILLINOIS DEPT PUBLIC AID   CHILD SUPPORT   NOT FILED            .00           .00
ILLINOIS DEPT PUBLIC AID   CHILD SUPPORT   NOT FILED            .00           .00
ILLINOIS DEPT PUBLIC AID   CHILD SUPPORT   NOT FILED            .00           .00
MARGARITA GUZMAN           PRIORITY        NOT FILED            .00           .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED            .00           .00
MONTEREY FINANCIAL SVCS    UNSECURED       NOT FILED            .00           .00
AT&T MOBILITY LLC          UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO            UNSECURED       NOT FILED            .00           .00
CREDIT ACCEPTANCE          UNSECURED       NOT FILED            .00           .00
FIRST UNITED AUTO          UNSECURED       NOT FILED            .00           .00
GE MONEY BANK              UNSECURED       NOT FILED            .00           .00
ILLINOIS DEPARTMENT OF H   UNSECURED       NOT FILED            .00           .00
ILLINOIS DEPARTMENT OF H   UNSECURED       NOT FILED            .00           .00
NICOR GAS                  UNSECURED       NOT FILED            .00           .00
ORCHARD BANK               UNSECURED       NOT FILED            .00           .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED            .00           .00
SBC AMERITECH              UNSECURED       NOT FILED            .00           .00
T MOBILE                   UNSECURED       NOT FILED            .00           .00
TCF BANK                   UNSECURED       NOT FILED            .00           .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID

WEST SUBURBAN HEALTH CAR   UNSECURED       NOT FILED            .00           .00
          Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00        .00           .00
PRINCIPAL PAID          .00           .00          .00        .00           .00
INTEREST PAID           .00           .00          .00        .00           .00
TOTAL PAID              .00           .00          .00        .00           .00
The Debtor's attorney, GLEASON & MACMASTER            , was allowed $  2500.00
and was paid $    26.00   direct and $      .00  through the plan.
```

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/08                             /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 07 B 14765 KENDELL DORSEY